01-15-00144-CR



**CHRIS DANIEL**

**HARRIS COUNTY DISTRICT CLERK**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 10:42:20 AM
CHRISTOPHER A. PRINE
Clerk

November 11, 2015

Certified Mail No.: 7004 2510 0002 8750 9112

DERRICK D. GILBERT/TDCJ #01977834
EASTHAM UNIT
2665 PRISON ROAD, #1
LOVELADY, TEXAS 75851

Re: Cause Number 1407722 in the 262ND DISTRICT COURT

Dear Sir or Madam:

The following documents are being forwarded to you
pursuant to an order from the court of appeals.

1----- Volume(s) - Clerk's Record

1------ Volume(s) – Supplemental Clerk's Record

Volume(s) – Reporter's Record

Your pro-se brief is due in the First Court of Appeals 30 days after the receipt of your
record. This date will be calculated from the return receipt requested (green) card. The
Court of Appeals will be notified when the record is received.

Sincerely,

/s/ N. Salinas, Deputy
Criminal Post Trial

Enclosure

1201 Franklin, P.O. Box 4651 Houston, Texas 77210-4651